ACCEPTED
01-14-00796-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 12:32:29 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT COURT OF APPEALS
No. 01-14-00796-CR
No. 01-14-00797-CR

| | |
|---|---|
| GARRY FULLER,<br>APPELLANT<br><br>VS.<br><br>THE STATE OF TEXAS,<br>APPELLEE | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>10/16/2015 12:32:29 PM<br>CHRISTOPHER A. PRINE<br>Clerk<br>ON APPEAL FROM<br>THE 338TH DISTRICT COURT<br>HARRIS COUNTY, TEXAS<br>TRIAL COURT CAUSE No. 1379141 AND No. 1413756 |

MOTION TO REINSTATE AND
EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Please reinstate Mr. Fuller's appeal and extend the time for him to file his brief. Mr. Fuller is indigent, he wants to pursue his appeal, and counsel is appointed.

The brief is terribly late because counsel has been in communication with Mr. Fuller to try to ensure that he is satisfied with the brief before it is filed. The brief is filed with this motion.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com